## Mercury Electronic Laboratories, Inc., Appellee, v. Marie Krug, Appellant.

### Gen. No. 43,916.

opinion filed February 3, 1947; rehearing denied February 17, 1947; released for publication February 17, 1947. George B. Cohen, for appellant; A. S. and E. W. Froehlich and Seymour J. Frank, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.